

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

Kathleen P. O'Leary
Assistant U.S. Attorney

970 Broad Street, Suite 700
Newark, NJ 07102

(973)645-2700
Direct Dial (973)645-2841
Fax (973)645-2857

June 9, 2010

**VIA ELECTRONIC MAIL**
Hon. Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re: **United States v. Akespiri Gboboh, a/k/a "Collins"**
          **Crim. No. 10-369 (RMB)** (PGS)

Dear Judge Sheridan:

    Please be advised that the spelling of the name of the defendant, in the above-referenced matter, Akespiri Gboboh, a/k/a "Collins," as it appears in the Information, is correct. By contrast, the name of the defendant, as spelled in the corresponding complaint, is incorrect (see Mag. No. 09-6194).

    The Government respectfully requests that the spelling of the defendant's name, as it appears in the Information, be the spelling of record in this matter.

                                  Respectfully submitted,

                                  PAUL J. FISHMAN
                                United States Attorney

                                        /s/

                                By: Kathleen P. O'Leary
                                Assistant United States Attorney

cc: Michael Orozco, Esq. (via e-mail)

SO ORDERED: *[signed]* Peter M Sheridan
DATED: 6/10/10